MARY KORUTZ et al., Respondents, *v.* CENTRAL MARKET, INC., Appellant.

Submitted April 5, 1945; decided May 17, 1945.

*Harold W. Turner* and *Arthur J. Murphy* for appellant.

*M. James Conboy, J. Stanley Carter, Benjamin Ungerman* and *Morton M. Z. Lynn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.